UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6427-GW-MRWx | Date | April 3, 2023 |
|---|---|---|---|
| Title | *Jacklin Salim v. Bankers Life and Casualty Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 3, 2023, Plaintiff Jacklin Salim filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for May 4, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 3, 2023.

|  | : |
|---|---|
| Initials of Preparer | JG |