JS-6

Glenn R. Kantor – SBN 122643
    E-mail: gkantor@kantorlaw.net
Anna M. Martin – SBN 154279
    E-mail: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JACKLIN SALIM

Steven K. Huffer (Admitted *pro hac vice*)
    Email: steveh@hufferlaw.com
Adam D. Cotter (Admitted *pro hac vice*)
    Email: adamc@hufferlaw.com
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian Street, Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4807
Facsimile: (317) 564-4812

Bradford G. Hughes, Esq. (SBN 247141)
    Email: bhughes@clarkhill.com
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Defendant,
BANKERS LIFE AND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLIN SALIM,<br><br>                    Plaintiff,<br><br>        v.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>                    Defendant. | CASE NO. CV 22-6427-GW-MRWx<br><br>**ORDER ON JOINT STIPULATION AND ORDER  FOR DISMISSAL WITH PREJUDICE** |

## <u>ORDER</u>

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: April 24, 2023

_____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE